AO 451  (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| ROBERT MARTINO, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  121-1808 (RDM) |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   03/05/2026   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   03/09/2026



ANGELA D. CAESAR, CLERK OF COURT

Nijel N Eugene
Digitally signed by Nijel N Eugene
Date: 2026.03.09 09:49:59 -04'00'

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBERT MARTINO, *et al.*,

            Plaintiffs,

       v.

ISLAMIC REPUBLIC OF IRAN,

            Defendant.

Case No. 1:21-cv-01808-RDM

RDM

[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE ESTATE ON BEHALF OF DECEASED PLAINTIFF, VACATE PRIOR JUDGMENT FOR DECEASED PLAINTIFF, AND REENTER JUDGMENT FOR SUBSTITUTED ESTATE

Having considered Plaintiffs' Motion to Substitute Estate on Behalf of Deceased Plaintiff,

Vacate Prior Judgment for Deceased Plaintiff, and Reenter Judgment for Substituted Estate filed

on March 4, 2026, it is hereby ordered that the Motion is **GRANTED**. It is further

**ORDERED** that the estate is hereby substituted on behalf of the deceased Plaintiff Richard

Jeffrey Linn, with Malisa Linn, as personal representative of the estate; and it is further

**ORDERED** that the final judgment for the deceased Plaintiff is hereby vacated:

| Plaintiff | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|
| Richard Jeffrey Linn | $13,024,000 | $13,024,000 |

It is further **ORDERED** that final judgment is entered on behalf of the substituted estate

for the deceased Plaintiff and that his estate is awarded damages in the following amounts:

| Plaintiff | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|
| Estate of Richard Jeffrey Linn | $13,024,000 | $13,024,000 |

It is further **ORDERED** that this Order incorporates and restates, in its entirety, the final judgment previously entered on behalf of all Plaintiffs listed below, which judgment remains in full force and effect and is unchanged except as expressly modified herein to substitute the Estate of Richard Jeffrey Linn for the deceased Plaintiff Richard Jeffrey Linn:

| Plaintiff | Relation to Victim | Proposed Solatium Damages | Prejudgment Interest Multiplier | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|---|---|---|
| Devan Eutin | Stepdaughter | [pending supplemental submission] | 2.5004 | | |
| Dale Johnston | Stepfather | $5,000,000 | 2.6588 | $13,294,000 | $13,294,000 |
| Bruce Duane Squires | Father | $7,500,000 | 2.5488 | $19,116,000 | $19,116,000 |
| Gail Marie Williams | Mother | $6,250,000 | 2.5342 | $15,838,750 | $15,838,750 |
| Allison Gail Murphy | Sister | $3,125,000 | 2.5342 | $7,919,375 | $7,919,375 |
| Patricia Ann Jameson | Mother | $5,000,000 | 2.5342 | $12,671,000 | $12,671,000 |
| Robert Jameson | Brother | $3,125,000 | 2.5342 | $7,919,375 | $7,919,375 |
| Sara Lynn Duvall | Mother | $5,000,000 | 2.5259 | $12,629,500 | $12,629,500 |
| Larry Duvall | Stepfather | $5,000,000 | 2.5259 | $12,629,500 | $12,629,500 |
| Matthew Stephen Reed | Brother | $3,125,000 | 2.5259 | $7,893,438 | $7,893,437 |
| Jill Leigh Parmeter | Stepsister | $2,500,000 | 2.5259 | $6,314,750 | $6,314,750 |
| Larry Large | Father | $5,000,000 | 2.5004 | $12,502,000 | $12,502,000 |
| Carey Meissner | Mother | $5,000,000 | 2.4991 | $12,495,500 | $12,495,500 |
| Mark McVicker | Father | $6,250,000 | 2.4991 | $15,619,375 | $15,619,375 |
| Irma McVicker | Stepmother | $5,000,000 | 2.4991 | $12,495,500 | $12,495,500 |
| Mollie Handy | Sister | $3,125,000 | 2.4991 | $7,809,688 | $7,809,687 |
| Edward Ricci | Stepbrother | $2,500,000 | 2.4991 | $6,247,750 | $6,247,750 |

| Plaintiff | Relation to Victim | Proposed Solatium Damages | Prejudgment Interest Multiplier | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|---|---|---|
| Robert Roddy Jr. | Father | $5,000,000 | 2.3345 | $11,672,500 | $11,672,500 |
| Ruth Anne Holler | Mother | $5,000,000 | 2.3111 | $11,555,500 | $11,555,500 |
| John Holler | Father | $5,000,000 | 2.3111 | $11,555,500 | $11,555,500 |
| Joseph Aaron Holler | Brother | $2,500,000 | 2.3111 | $5,777,750 | $5,777,750 |
| Melissa Warner | Mother | $6,250,000 | 2.3011 | $14,381,875 | $14,381,875 |
| Scott Nicholas Warner | Father | $6,250,000 | 2.3011 | $14,381,875 | $14,381,875 |
| Ashton Warner | Brother | $3,125,000 | 2.3011 | $7,190,938 | $7,190,937 |
| Violet Sue Kaylor | Mother | $6,250,000 | 2.2981 | $14,363,125 | $14,363,125 |
| Jim Anthony Kaylor | Stepfather | $5,000,000 | 2.2981 | $11,490,500 | $11,490,500 |
| Victoria Murano Strong | Mother | $5,000,000 | 2.6048 | $13,024,000 | $13,024,000 |
| Estate of Nathan Strong | Father | $5,000,000 | 2.6048 | $13,024,000 | $13,024,000 |
| Malisa Linn | Mother | $6,250,000 | 2.6048 | $16,280,000 | $16,280,000 |
| Estate of Richard Jeffrey Linn | Father | $5,000,000 | 2.6048 | $13,024,000 | $13,024,000 |
| Doris Pangelinan Kent | Mother | $5,000,000 | 2.6392 | $13,196,000 | $13,196,000 |
| Christopher Kent | Stepfather | $5,000,000 | 2.6392 | $13,196,000 | $13,196,000 |
| Jared John Santos | Brother | $3,125,000 | 2.6392 | $8,247,500 | $8,247,500 |
| April Hess | Spouse | $10,000,000 | 2.4131 | $24,131,000 | $24,131,000 |
| Katherine Meeks | Mother | $6,250,000 | 2.4131 | $15,081,875 | $15,081,875 |
| Bradley Kryst | Brother | $2,500,000 | 2.2882 | $5,720,500 | $5,720,500 |
| **Total** | | | | $420,689,939 | $420,689,939 |

It is further **ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by above-listed Plaintiffs because there is "no just reason for delay" in entering a partial final judgment pursuant to Rule 54(b).

It is further **ORDERED** that this Order is the final "default judgment" for the above-listed estate's claims to be served on the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(e).

It is further **ORDERED** that, because Plaintiffs have repeatedly attempted, without success, to serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see* Dkts. 13, 21, the above-listed Plaintiff may proceed to serve this default judgment immediately under 28 U.S.C. § 1608(a)(4).

**SO ORDERED.**

Dated: 3/4/26

Randolph D. Moss
United States District Court Judge



**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Nijel N Eugene

Digitally signed by Nijel N Eugene
Date: 2026.03.09 09:48:26 -04'00'

4